# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

CAROLINE GRAHAM,               )
                               )
    Plaintiff,               )
                               )
v.                             )        Case No.  CV609-023
                               )
GEORGIA SOUTHERN               )
UNIVERSITY, *et al.*,          )
                               )
    Defendants.              )

## REPORT AND RECOMMENDATION

Chris E. Vance, who is not a member of this Court's bar, filed this Americans with Disabilities case on March 27, 2009.  The Clerk sent her a "Pro Hac Vice" warning Memorandum[1] that day, but to date Vance has failed to comply with Local Rule 83.4.  Accordingly, the Complaint should be stricken and this case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this _13th_ day of May, 2009.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

---

[1] The memorandum warned counsel to apply for admission pro hac vice and otherwise comply with Local Rule 83.4 ("Permission to Practice in a Particular Case").