FILED
U.S DISTRICT COURT
SAVANNAH DIV.
2009 JUN 16 AM 10: 58
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CAROLINE GRAHAM, )
)
    Plaintiff, )
)
v. ) Case No. CV609-023
)
GEORGIA SOUTHERN )
UNIVERSITY, et al., )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of June, 2009.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA